IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Magistrate Case No. 98-127M |
| LOUIS EUGENE THOMAS, | : |
| Defendant. | : |

**MOTION AND ORDER TO SEAL**

The United States of America, by and through its attorneys, Richard G. Andrews, United States Attorney for the District of Delaware, and Thomas V. McDonough, Assistant United States Attorney for the District of Delaware, hereby requests this Honorable Court to seal the Criminal Complaint, Warrant For Arrest, this Motion And Order To Seal, and related file.

                                       RICHARD G. ANDREWS
                                       United States Attorney

                          BY: _____
                               Thomas V. McDonough
                               Assistant United States Attorney

Dated: October 20, 1998

AND NOW this 20th day of October_____, 1998, upon the foregoing Motion,

**IT IS ORDERED** that the Criminal Complaint, Warrant For Arrest, this Motion And Order To Seal, and related file be sealed.

                                                        _____
                                                      HONORABLE MARY PAT THYNGE
                                                      United States Magistrate Judge